David R. Socher, Esq. (SBN 158023)
DAVID R. SOCHER ATTORNEY AT LAW, PC
3443 Golden Gate Way, Suite F
Lafayette, California  94549
Telephone: (925) 962-9191
Facsimile: (925) 962-9199
Email: david@drsocher.com

Attorney for Defendant GREENSKY, LLC

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### (SAN JOSE)

| | |
|---|---|
| Glen Bertulfo,<br><br>      Plaintiff,<br><br>  v.<br><br>GreenSky, LLC,<br><br>      Defendant. | Case No.:   5:17-cv-00459-LHK<br><br>STIPULATION TO ARBITRATION |

      Pursuant to the binding arbitration provision in the Loan Agreement between Plaintiff Glen Bertulfo and Defendant GreenSky, LLC, entered into on or about August 30, 2015, IT IS HEREBY STIPULATED AS FOLLOWS:

      This action in the United States District Court for the Northern District of California at San Jose shall be dismissed and arbitration initiated with the American Arbitration Association or JAMS, for binding arbitration before a single, neutral arbitrator pursuant to administration by either the American Arbitration Association or JAMS, as the parties may agree.

*(Continued on next page)*

Dated: June 30, 2017              David R. Socher Attorney at Law, PC

                                  By: _____/s/ David R. Socher_____
                                       David R. Socher
                                       Attorney for Defendant GREENSKY, LLC

Dated: June 30, 2017

                                  By: _____/s/ Taylor Tieman_____
                                       Taylor M. Tieman
                                       Attorney for Plaintiff GLEN BERTULFO